| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare St. Ste. 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorney for Defendant |
| | ANTHONY MCKAY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:16-po-273-SAB; 5:17-po-263-SAB |
|---|---|
| Plaintiff, | ) STIPULATION TO VACATE JANUARY 18, |
| | ) 2018 HEARING AND CLOSE PAID |
| vs. | ) CITATION; ORDER |
| ANTHONY MCKAY, | ) Judge: Hon. Stanley A. Boone |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Kyle Ratliff, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Anthony McKay, that the Court vacate the January 18, 2018 status conference and close this case.

Anthony McKay has paid Citation No. 6553656 in full. Based on this information, all parties request this matter be closed upon the Government's dismissal of Citation No. 4424251; Citation No, 4424252; and Citation No. 6553655.

///

///

///

///

Respectfully submitted,

McGregor Scott
United States Attorney

Date: January 10, 2018     */s/ Kyle Ratliff*
                          KYLE RATLIFF
                          Special Assistant United States Attorney
                          Attorney for Plaintiff


                          HEATHER E. WILLIAMS
                          Federal Defender


Date: January 10, 2018     */s/ Andrew Wong*
                          ANDREW WONG
                          Assistant Federal Defender
                          Attorney for Defendant
                          ANTHONY MCKAY


## **O R D E R**

**IT IS SO ORDERED.** The January 18, 2018 status conference is vacated and Defendant's case is ordered closed.

IT IS SO ORDERED.

Dated: __**January 10, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE